# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Jose Camillo Joga                  Docket No. 7:11-CR-39-1BR

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Erica W. Foy, probation officer of the court, presenting an official report upon the conduct of defendant, Jose Camillo Joga, who was placed under pretrial release supervision by the Honorable William A. Webb, U.S. Magistrate Judge, sitting in the court at Raleigh, North Carolina, on the 1st day of June, 2011, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminal, train stations, etc; Not pilot or co-pilot an airplane

- Surrender any passport to the United States Probation Office.

- Abide by the following restrictions on personal association, place of abode, or travel: Southern District of Florida and Eastern District of North Carolina

- Avoid all contact with victims of or witnesses to the crimes charged, except through counsel.

- Participate in mental health assessment and/or treatment as directed.

- HOME CONFINEMENT PROGRAM: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system, paid for by Pretrial Services.

    Curfew: You are restricted to your residence every day from 10:00 pm to 6:00 am, or as directed by the Court, except for travel.

Jose Camillo Joga
Docket No. 7:11-CR-39-1BR
Petition For Action
Page 2

The defendant appeared before Honorable W. Earl Britt, Senior U.S. District Judge, for arraignment on the 3rd day of October, 2011, supervision was continued and conditions were modified to include only the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Avoid all contact with victims of or witnesses to the crimes charged, except through counsel.

- Participate in mental health assessment and/or treatment as directed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervising U. S. Probation Officer in the Southern District of Florida requests that the court add specific conditions granting permission to return the defendant's passport and allowing him to travel internationally as a commercial pilot.

**PRAYING THAT THE COURT WILL ORDER** the release conditions be modified to include:

- The defendant is allowed to travel internationally as a commercial pilot.

- The probation office shall permanently return the defendant's passport.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Erica W. Foy |
| Jeffrey L. Keller | Erica W. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: October 11, 2011 |

**ORDER OF COURT**

The court's 3 October 2011 order setting conditions of release supplants the prior order setting bond.  The 3 October 2011 order does not contain any condition restricting defendant's travel, internationally or otherwise, nor does it contain a condition requiring defendant to surrender his passport.


12 October 2011

W. Earl Britt
Senior U.S. District Judge