# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

**U.S.A. vs. Jose Camillo Joga**                         **Docket No. 7:11-CR-39-1BR**

### Petition for Action on Probation

       COMES NOW Michael C. Brittain, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jose Camillo Joga, who, upon an earlier plea of guilty to False Statements in violation of 18 U.S.C. § 1001, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on January 3, 2012, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall be allowed to keep his passport and continue to participate in current flight activities.

2. The defendant shall not possess a firearm or destructive device.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

       **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his placement on probation, Mr. Joga's supervision has been conducted in the Southern District of Florida. It has been determined by his probation officer, John Steinhiber, that Mr. Joga does not reside or work in the Southern District of Florida but works and resides in the Dominican Republic. When questioned concerning the location of his residence and employment, Mr. Joga confirmed that he resides and works in Santo Domingo, Dominican Republic. He provided his residence and employment addresses. The Southern District of Florida is requesting that his term of probation be modified to be Non-Reporting. His special assessment has been paid in full. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

       **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant's term of probation shall be Non-Reporting while the defendant is residing and working outside the United States. If the defendant reenters the United States within the term of probation, the defendant, Jose Camillo Joga, is to report to the nearest United States Probation Office within 72 hours of his arrival.

Jose Camillo Joga
Docket No. 7:11-CR-39-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8660
Executed On: June 12, 2012

**ORDER OF COURT**

Considered and ordered this  14  day of  June , 2012, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge